1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

ANGELO DON SANCHEZ,                          CASE NO. 16cv31-LAB (BLM)

12

                              Plaintiff,
   vs.

13

**ORDER ADOPTING REPORT AND RECOMMENDATION**

CAROLYN W. COLVIN,

14

Acting Commissioner of Social Security,

15

                           Defendant.

16
17

     Angelo Don Sanchez challenges the denial of his claim for disability benefits under

18

the Social Security Act. The challenge was referred to Magistrate Judge Major for a Report

19

and Recommendation ("R & R"). Judge Major issued her R & R, finding that Sanchez's

20

summary judgement motion should be granted, the Commissioner's summary judgment

21

motion should be denied, and the case should be remanded for further administrative

22

proceedings. No objections were filed.

23

     A district court has jurisdiction to review a Magistrate Judge's report and

24

recommendation on dispositive matters. Fed R. Civ. P. 72(b). "The district judge must

25

determine de novo any part of the magistrate judge's disposition that has been properly

26

objected to." *Id*. "A judge of the court may accept, reject, or modify, in whole or in part, the

27

findings or recommendation made by the magistrate judge." 28 U.S.C. § 636(b)(1).

28

/ / /

1   Under both the Standing Order of the undersigned Judge and Local Rules of the

2   Court, the failure to file an objection to a motion may be construed as consent to the motion

3   being granted, and the Court extends this to the failure to file an objection to a R & R. Local

4   Rule 7.1(f)(3)(c). The Court has reviewed Judge Major's thorough R & R and finds it is

5   correct. It is **ADOPTED**.

6   Sanchez's motion for summary judgment is therefore **GRANTED**, the Commissioner's

7   motion for summary judgment is **DENIED** and the case is **REMANDED** for further

8   administrative proceedings.

9   **IT IS SO ORDERED**.

10  DATED:  October 12, 2016

11

12  **HONORABLE LARRY ALAN BURNS**
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

16cv31